HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES E ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | CASE NO. C10-5721 RBL<br><br>ORDER DENYING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER<br><br>[Dkt. #36] |

THIS MATTER is before the Court on Plaintiff's Motion to Amend the Scheduling Order [Dkt. #36]. Plaintiff actually seeks a jury trial instead of the currently scheduled bench trial. [*See* Dkt. #27].

Plaintiff initially sought a jury trial and Defendant objected. Plaintiff argues that the Court should exercise discretion to modify the scheduling order reflecting a trial to the court. Defendant argues that Plaintiff does not have the right to a jury trial on his FMLA claim against the United States.

The right to a jury trial against the federal government exists only with an "affirmative and unambiguous" statement from Congress. *Steinhardt v. Potter*, 326 F. Supp. 2d 449, 451 (S.D.N.Y. 2004); *see Lehman v. Nakshian,* 453 U.S. 156, 160–61 (1981). FMLA does not provide a

1  right to a jury trial in actions against the United States. *Steinhardt,* 326 F. Supp. 2d at 451 (quoting

2  *Davis v. Henderson,* 2000 WL 1828476, 238 F.3d 420 (6th Cir. Dec.4, 2000)).

3        Plaintiff brought his claim against the United States under FMLA. Therefore, Plaintiff is

4  not entitled to a jury trial. Plaintiff's Motion to Modify Scheduling Order with a jury trial is

5  DENIED.

6        Dated this 17th day of July, 2012.

                                                        Ronald B. Leighton
                                                        United States District Judge