HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

CHARLES E ALLEN,

                  Plaintiff,

    v.

UNITED STATES POSTAL SERVICE,

                  Defendant.

CASE NO. C10-5721 RBL

ORDER GRANTING IFP ON
APPEAL

[DKT. #52]

10

11

12

13

14

    THIS MATTER is before the Court on Plaitniff Charles Allen's Application to proceed

15 in forma pauperis [Dkt. #52] on his appeal of this Court's Order dismissing his claims on

16 Summary Judgment. [Dkt. #49].

17     Allen's claims arise from the termination of his employment at the United States Postal

18 Service, allegedly in violation of his rights under the Family Medical Leave Act.  This Court

19 dismissed the claims because the USPS had not waived its sovereign immunity (depriving this

20 Court of jurisdiction) and because Allen had no evidence supporting his claims.

21     While Plaintiff's claims are not viable, the Court cannot conclude that his appeal is

22 frivolous or taken in bad faith.

23

24

ORDER GRANTING IFP ON APPEAL - 1

1    Plaintiff's Motion is GRANTED, and this Court will continue Plaintiff Allen's IFP status

2  of appeal.

3    IT IS SO ORDERED.

4    Dated this 8th day of November, 2012.

5

6    _____

   Ronald B. Leighton
7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24